UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS BERNAL, et al., | ) Case No.: 1:13-cv-01187 - AWI - JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| WM. BOLTHOUSE FARMS, INC., | ) |
| Defendant. | ) |

On November 6, 2013, Plaintiffs' counsel notified the Court a settlement has been reached with Defendant Wm. Bolthouse Farms, Inc. (Doc. 9). Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **November 27, 2013**; and
2. All pending dates, motions, conferences and hearings are **VACATED**.

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **November 7, 2013**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE

1