Frank S. Clowney III (California Bar # 081694)
**LAW OFFICE OF FRANK S. CLOWNEY III**
600 B Street, Suite 2300
San Diego, California 92101-4598
Telephone: (619) 557-0458
Fax: (619) 557-0482
E-mail: worklaw@sbcglobal.net

Attorney for Plaintiffs

FILED
DEC 04 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS BERNAL et al., | CASE NO. 1:13-CV-01187-AWI-JLT |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WM. BOLTHOUSE FARMS, INC. | |
| Defendant. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

The parties, by and through their respective attorneys of record pursuant to Rule 41(a)(1)(A) stipulate to dismiss, with prejudice, this action in its entirety. This stipulation is entered into based on the parties' execution of a written Release and Settlement Agreement.

IT IS SO STIPULATED:

Dated: December 3, 2013        LAW OFFICE OF FRANK S. CLOWNEY III

                               /s/ Frank S. Clowney III
                               FRANK S. CLOWNEY III
                               Attorney for Plaintiffs

1

1  Dated: December 3, 2013         COOK BROWN, LLP

2

3                                  By: /s/ Barbara A. Cotter
                                   RONALD W. BROWN, ESQ.
4                                  BARBARA A. COTTER, ESQ.
                                   CARRIE E. BUSHMAN, ESQ.
5                                  Attorneys for Defendant
                                   WM. Bolthouse Farms, Inc.
6

7  For good cause shown, this matter is ordered dismissed with prejudice.

8

9  Dated: _____           _____
                                   UNITED STATES ~~MAGISTRATE~~ JUDGE
10

11

12

13
                                   It is so Ordered. Dated: 12-4-13
14
                                   _____
15                                 United States District Judge
16