1  Frank S. Clowney III (California Bar # 081694)
   **LAW OFFICE OF FRANK S. CLOWNEY III**
2  600 B Street, Suite 2300
   San Diego, California 92101-4598
3  Telephone: (619) 557-0458
   Fax: (619) 557-0482
4  E-mail: worklaw@sbcglobal.net

5  Attorney for Plaintiffs

FILED
DEC 04 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS BERNAL et al., | CASE NO. 1:13-CV-01187-AWI-JLT |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| WM. BOLTHOUSE FARMS, INC. | |
| Defendant. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

The parties, by and through their respective attorneys of record pursuant to Rule 41(a)(1)(A) stipulate to dismiss, with prejudice, this action in its entirety. This stipulation is entered into based on the parties' execution of a written Release and Settlement Agreement.

IT IS SO STIPULATED:

Dated: December 3, 2013        LAW OFFICE OF FRANK S. CLOWNEY III


                               /s/ Frank S. Clowney III
                               FRANK S. CLOWNEY III
                               Attorney for Plaintiffs

1

STIPULATION - DISMISSAL WITH PREJUDICE        CASENUMBER: 1:13-CV-01187-AWI-JLT

Dated: December 3, 2013          COOK BROWN, LLP

By: /s/ Barbara A. Cotter
RONALD W. BROWN, ESQ.
BARBARA A. COTTER, ESQ.
CARRIE E. BUSHMAN, ESQ.
Attorneys for Defendant
WM. Bolthouse Farms, Inc.

For good cause shown, this matter is ordered dismissed with prejudice.

Dated: _____          _____
                                        UNITED STATES ~~MAGISTRATE~~ JUDGE

It is so Ordered. Dated: 12-4-13

_____
United States District Judge